■ INNOVATIVE CHEMICAL CORPORATION, Respondent, v HOWE PLASTICS & CHEMICAL COMPANIES, INC., Appellant. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in Innovative Chem. Corp. v Howe Plastics & Chem. Cos. ([appeal No. 1] 164 AD2d 965 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Flaherty, J.—summary judgment.) Present—Boomer, J. P., Green, Pine, Davis and Lowery, JJ.